# UNITED STATES DISTRICT COURT
## IN THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**THOMAS GERING**

                Plaintiff,

vs.

**FRAUNHOFER USA, INC.,**
**FRAUNHOFER-GESELLSCHAFT e.V.**
    Foreign Corporations,

                Defendants.

Case No. 05-73458
Honorable Lawrence P. Zatkoff
Magistrate Judge Paul J. Komives

_____/

ROGER L. TRIM, P.C.
ROGER L. TRIM (P21570)
Attorney for Plaintiff
38900 Van Dyke Avenue
Sterling Heights, MI 48312
(586) 979-4540
Fax: (586) 979-2301

TAYLOR, BUTTERFIELD, RISEMAN, CLARK
HOWELL, CHURCHILL & JARVIS, P.C.
Carl M. Riseman (P19465)
Co-Counsel for Plaintiff
407 Clay Street
Lapeer, MI 48446
(810) 664-5921
Fax:(810) 664-0904

ELLIS, EBY, CONNER, SMILLIE &
BOURQUE, PLLC
Thomas B. Bourque (P46595)
Mark J. Eby (P31869)
Attorney for Defendants
320 N. Main Street, Suite 300
Ann Arbor, MI 48104
(734) 769-2961
Fax: (734) 769-2702

_____/

### EX PARTE ORDER CORRECTING SCRIVENER'S ERROR
### IN PLAINTIFF'S COMPLAINT NUNC PRO TUNC TO
### THE DATE OF FILING OF SEPTEMBER 8, 2005

At a session of said Court held
in the United States District Court
held in Port Huron, Michigan
on the 1st day of March, 2006

PRESENT:   HON. LAWRENCE P. ZATKOFF

Upon reading and filing the attached Motion to Correct Scrivener's Error in

Plaintiff's Complaint and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED AND ADJUDGED that the Scrivener's error in Paragraph 29 of Plaintiff's Complaint is corrected nunc pro tunc to September 8, 2005 to read:

> 29.  Because Defendants have breached their agreement with Plaintiff, Plaintiff is entitled to damages in the amount of 5% of approximately $19,500,000 or about $975,000.

DATED: March 1, 2006                                    s/Lawrence P. Zatkoff
                                                        Hon. Lawrence P. Zatkoff
                                                        U.S. District Court Judge


*s/Roger L. Trim* (P21570)                              *s/Carl M. Riseman* (P19465)
Attorney for Plaintiff                                  Co-Counsel for Plaintiff
38900 Van Dyke Avenue                                   407 Clay Street
Sterling Heights, MI 48312                              Lapeer, MI  48446
(586) 979-4540                                          (810) 664-5921
                                                        criseman@taylorbutterfield.com


*s/with consent as to form only of Thomas B. Bourque* (P46595)
Attorney for Defendant, Fraunhofer, USA
320 N. Main Street, Suite 300
Ann Arbor, MI 48104
(734) 769-2691
bourque@eecsb.com