UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS GERING,

    Plaintiff,

vs.

FRAUNHOFER USA, INC., and
FRAUNHOFER-GESELLSCHAFT E.v.,

    Defendants.

Case No. 05-73458
Judge Lawrence P. Zatkoff
Magistrate Judge Paul J. Komives

---

| | |
|---|---|
| Roger L. Trim, P.C. | Thomas B. Bourque (P46595) |
| Roger L. Trim (P21570) | Mark J. Eby (P31869) |
| Attorney for Plaintiff Gering | Ellis, Eby Conner, Smillie & Bourque, PLLC |
| 38900 Van Dyke Avenue | Attorneys for Defendant Fraunhofer USA, Inc. |
| Sterling Heights, MI 48312 | 320 N. Main St., Ste. 300 |
| (586) 979-4540 phone | Ann Arbor, MI 48104 |
| (586) 979-2301 fax | (734) 769-2691 phone |
| | (734) 769-2702 fax |
| Carl M. Riseman (P19465) | |
| Taylor, Butterfield, Riseman, Clark, | Ian James Reach (P25316) |
| Howell, Churchill & Jarvis, P.C. | Cynthia L. Reach (P55903) |
| Co-counsel for Plaintiff | Reach, Reach, Fink & Valvo, P.C. |
| 407 Clay St. | Attorneys for Defendant Fraunhofer-Gesellschaft E.v. |
| Lapeer, MI 48446 | 121 W. Washington, Ste. 400 |
| (810) 664-5921 phone | Ann Arbor, MI 48104 |
| (810) 664-0904 fax | (734) 994-1400 phone |
| | (734) 994-6615 fax |

### STIPULATED ORDER TO WITHDRAW DEFENSE CLAIMED

    At a session of said Court, held in the City of Port Huron, County of St. Clair, State of Michigan, this 21st day of August, 2006.

               PRESENT:    Honorable Lawrence P. Zatkoff
                               U.S. District Court Judge

    THIS MATTER having been presented upon Stipulation of the parties, and the Court having considered the pleadings and records filed in this case;

IT IS HEREBY ORDERED as follows:

1.  The defense initially claimed by Defendant Fraunhofer-Gesellschaft E.v. in Section I of the Brief in Support of its Motion to Dismiss in Lieu of Responsive Pleadings with regard to alleged defective service, is withdrawn; and

2.  The remaining defenses set forth in Sections II, III and IV of the Brief continue to be asserted by Defendant.

 s/Lawrence P. Zatkoff
Honorable Lawrence P. Zatkoff
U.S. District Court Judge

I stipulate to the above order:

Date:  August 1, 2006               s/Carl M. Riseman (with permission)
                                    Carl M. Riseman (P19465)
                                    Taylor, Butterfield, Riseman, Clark,
                                    Howell, Churchill & Jarvis, P.C.
                                    Co-counsel for Plaintiff
                                    407 Clay St.
                                    Lapeer, MI 48446


Date:  August 1, 2006               s/Cynthia L. Reach (P55903)
order prepared by: C. Reach         Reach, Reach, Fink & Valvo, P.C.
                                    Attorneys for Defendant Fraunhofer-Gesellschaft E.v.
                                    121 W. Washington, Ste. 400
                                    Ann Arbor, MI 48104
                                    (734) 994-1400

S:\Zatkoff\Marie ECF\gering.dismiss.wpd